IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00301-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.  MARK ROSALEZ,

        Defendant.

## ORDER

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F), (doc. #172), filed December 4, 2009.

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same.

Therefore, it is ORDERED that the government's motion is GRANTED, and that certain grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.

It is further ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials and shall not reproduce or disseminate the same without further order of this Court.

-2-

DATED this 4th day of December, 2009.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO