IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 09-cr-301-JLK

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**4.    MARK ROSALEZ,**
**5.    JUSTIN HERNANDEZ,**

      Defendants.

MINUTE ORDER SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **January 14, 2010**; responses to these motions are due **January 21, 2010.** It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, is set for **Jan. 28, 2010, at 10:00 am.** At that time, a separate hearing date for all evidentiary motions will be set. Additionally, Counsel should be prepared to address the court on all Speedy Trial calculations and deadlines.

FURTHER ORDERED that a **Final Trial Preparation Conference** is set for **February 26th, 2010, at 10:00am**. It is

FURTHER ORDERED that a **5-day jury trial** is set for **March 8, 2010 at 9:00am** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: December 30, 2009