IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 14-cv-01147-JLK
Criminal Action No. 09-cr-00301-JLK-4

UNITED STATES OF AMERICA,

v.

MARK ROSALEZ,

    Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before May 22nd, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: April 24, 2014

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, Senior Judge
                              United States District Court