**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-01147-JLK
Criminal Action No.: 09-cr-00301-JLK

UNITED STATES OF AMERICA,

    Respondant,

v.

4.    MARK ROSALEZ,

    Petitioner.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Doc. No. 1280 of Judge John L. Kane entered on 3/27/2015 it is

ORDERED that the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (Doc. No. 1263) is DENIED.  It is

FURTHER ORDERED that the Motion To Appoint Counsel and Conduct An Evidentiary Hearing (Doc. No. 1267) is DENIED.  It is

FURTHER ORDERED that Civil Action No. 14-cv-01147-JLK is terminated.

  Dated at Denver, Colorado this 30th day of March, 2015.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

By:  s/   Bernique Abiakam

Bernique Abiakam
Deputy Clerk